Gary Logan, Esq., State Bar No. 90558
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: glogan@kleinlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Donald F. Maciel, Individually<br>and d/b/a/ Fastrip Food Store;<br>Sandra L. Maciel, Individually<br>and d/b/a/ Fastrip Food Store;<br>Fastrip Oil Company, L.P.,<br><br>        Defendants. | Case No.  2:11-CV-03347-LKK-DAD<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER THEREON**<br><br>Honorable Lawrence K. Karlton<br>Courtroom:  4<br><br>Complaint Filed: December 16, 2011 |

   IT IS HEREBY STIPULATED by plaintiff, Scott N. Johnson, by his attorney, Scott N. Johnson, that the default entered against defendants, Donald F. Maciel and Sandra L. Maciel, on February 21, 2012, can be set aside and defendants allowed to answer.

   IT IS FURTHER STIPULATED that all defendants will file an answer to the complaint within 10 days of defendants' notice of the court having set aside the default.

Date: March 29, 2012

                              DISABLED ACCESS
                              PREVENTS INJURY, INC.

                         By:  /s/
                              SCOTT N. JOHNSON
                              Attorney for Plaintiff

1 **ORDER**

2      Plaintiff's application to set aside the entry of default (Dkt. No. 8), is hereby

3 GRANTED, pursuant to Fed. R. Civ. P. 55 (c).

4 IT IS SO ORDERED.

5

6 Dated:   April 5, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT